# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| ERIK MARINES, Individually, Under the Wrongful Death Act and Survival Statute for the Death of Arturo Marines, Deceased,<br><br>    Plaintiff,<br><br>V.<br><br>TIGER TRANSPORTATION, INC., and MANDAIR KULDIP SINGH,<br><br>    Defendants. | CIVIL ACTION NO. SA-15-CA-608-FB |

## JUDGMENT

The Court considered the Judgment to be entered in this case. Pursuant to the Order of Dismissal Without Prejudice signed this date,

IT IS ORDERED, ADJUDGED and DECREED that Plaintiff's Unopposed Motion for Voluntary Dismissal (docket no. 4) is GRANTED such that the above-styled and numbered cause is DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 15th day of September, 2015.

_____
FRED BIERY
CHIEF UNITED STATES DISTRICT JUDGE